DPC:km

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6056-J

18 USC §472
18 USC §2

CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW



```
UNITED STATES OF AMERICA,    )
                Plaintiff,   )
vs.                          )
                             )
CARLOS ANDRES MONTOYA,       )
                Defendant.   )
_____)
```

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about February 28, 2000, at Broward County, in the Southern District of Florida, the defendant,

CARLOS ANDRES MONTOYA,

did knowingly, willfully and with intent to defraud, keep in his possession falsely made and counterfeited obligations of the United States, that is, approximately $22,700.00 in counterfeit one



hundred dollar Federal Reserve Notes; in violation of Title 18, United States Code, Sections 472 and 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
DAVID P. CORA
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

v.                              **CERTIFICATE OF TRIAL ATTORNEY***

<u>CARLOS ANDRES MONTOYA</u>         **Superseding Case Information**:
**Court Division**: (Select One)    New Defendant(s)      Yes ___   _X_ No
                                    Number of New Defendants ___
___ Miami   ___ Key West            Total number of counts   ___
_X_ FTL     ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) ___No___
   List language and/or dialect _____

4. This case will take _2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days     _X_            Petty      ___
   II   6 to 10 days    ___            Minor      ___
   III  11 to 20 days   ___            Misdem.    ___
   IV   21 to 60 days   ___            Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)  Yes
   If yes:
   Magistrate Case No.  _00-4041-Snow_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  _02/29/00_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____
   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes  _X_ No   If yes, was it pending in the Central Region?___ Yes ___ No

                                    _____
                                    DAVID P. CORA
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Florida Bar No. 471623

*Penalty Sheet(s) attached                                    REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:  CARLOS ANDRES MONTOYA     No.:_____

Count #I:
Possession of counterfeit U.S. Currency, in violation of Title 18, United States Code, Section 472.

*Max Penalty: Fifteen years; $250,000 fine.

Count #:

*Max Penalty:

Count #:

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96

No.

# UNITED STATES DISTRICT COURT
**Southern** District of **Florida**
Central Criminal Division

THE UNITED STATES OF AMERICA

vs.

CARLOS ANDRES MONTOYA

## INDICTMENT

18 USC §472
18 USC §2

A true bill.

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 19 ___

_____
Clerk

Bail, $ _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4041-Snow

UNITED STATES OF AMERICA

vs

CARLOS MONTOYA

O R D E R

__X__/ Appointing Counsel
_____/ Ratifying Prior Service
_____/ Extending Appointment
         for Appeal
_____/ Substituting Counsel

_____
(prior counsel)

CHARGE: __18 USC 472_____

__X__/Felony         _____/Misdemeanor

Because the above defendant has testified under oath and has otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by Order of this District Court:

　　　　Federal Public Defender
　　　　101 N. E. 3rd Avenue, Suite 202
　　　　Ft. Lauderdale, FL  33301
　　　　Phone:  954/356-7436

DONE AND ORDERED at Fort Lauderdale, Florida, this __1st__ day of __March_____, 2000.

　　　　　　　　　　　　_____
　　　　　　　　　　　　LURANA S. SNOW
　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

cc:  AUSA
     FPD
     Pretrial Services

## COURT MINUTES

**CHIEF U. S. MAGISTRATE JUDGE LURANA S. SNOW - FT. LAUDERDALE, FLORIDA**

DEFT: CARLOS MONTOYA (J)   CASE NO: 00-4041-SNOW

AUSA: DAVID CORA - pres   ATTY: FPD Tim Day

AGENT: _____   VIOL: for Sim Smargon

PROCEEDING PTD HEARING   RECOMMENDED BOND _____

PTD BOND HEARING HELD — (yes)/no   COUNSEL APPOINTED _____

BOND SET @ 200,000 CSB w/ Nebbia

SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

Gov't proceeded by proffer
S/A James E. Newsome sworn for Gov't
Detention denied — High CSB set with a Nebbia.

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
   PTD/BOND HRG:
   PRELIM/ARRAIGN:   MARCH 10  11   SNOW
   REMOVAL HRG:
   STATUS CONF:

Date: 3/3/00   Time: 10:00   FTL/LSS TAPE #00- 012   Begin: 605   End: 1315



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-4041-LSS

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

vs.    :

CARLOS MONTOYA,    :

    Defendant.    :
_____/

**DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL**

The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Samuel J. Smargon
Assistant Federal Public Defender
Florida Bar No. 150230
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 2 day of March, 2000 to David Cora, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Samuel J. Smargon

S:\SMARGON\Montoya\INVOCAT

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-4041-LSS

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

CARLOS MONTOYA, :

    Defendant. :
_____/

# NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Samuel J. Smargon
Assistant Federal Public Defender
Florida Bar No. 150230
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 2 day of March, 2000 to David Cora, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

Samuel J. Smargon

S:\SMARGON\Montoya\ASSIGN

UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA  )  Case Number: CR 00-4041 SNOW
    Plaintiff  )
    -vs-  )  REPORT COMMENCING CRIMINAL
CARLOS MONTOYA  )  ACTION
    Defendant  )
                               55214-004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 11:00 pm   02-28-00

(2) Language Spoken: English / Spanish

(3) Offense(s) Charged: Possession of Cntft. Currency

(4) U.S. Citizen [ ] Yes   [✓] No   [ ] Unknown

(5) Date of Birth: 04-10-78

(6) Type of Charging Document: (Check one)
    [ ] Indictment   [✓] Complaint   To be filed/Already filed
        Case #_____
    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/Fla

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $_____
Who set Bond: Snow

(7) Remarks: _____

(8) Date: 02-29-00    (9) Arresting Officer: Devine
(10) Agency: U.S.S.S.    (11) Phone: 305-629-1851
(12) Comments: _____

## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: CARLOS MONTOYA (J)     CASE NO: 00-4041-SNOW
AUSA: DAVID CORA /pres/     ATTY: Martin Bidwill
AGENT:     VIOL:

PROCEEDING INQUIRY RE COUNSEL     RECOMMENDED BOND
BOND HEARING HELD - yes/no     COUNSEL APPOINTED FPD
    BOND SET @
    SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

Deft sworn for apptmt of Counsel -

FPD appt'd

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          PTD/BOND HRG:
                          PRELIM/ARRAIGN:
                          REMOVAL HRG:
                          STATUS CONF:

Date: 3-1-00    Time 11:00    FTL/LSS TAPE #00- 011    Begin: 941    End: 1118



# COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: CARLOS MONTOYA (J)   CASE NO: 00-4041-SNOW
AUSA: DAVID CORA *pres*   ATTY:
AGENT: SECRET SERVICE   VIOL: 18:472
PROCEEDING I/A ON COMPLAINT   RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no   COUNSEL APPOINTED
   BOND SET @
   SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

*deft advised of charges*
*cnsl to be retained by family*

FILED by D.C. FEB 29 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

| NEXT COURT APPEARANCE: | | | | |
|---|---|---|---|---|
| | INQUIRY RE COUNSEL: | 3-1 | 11 | Snow |
| | (PTD/BOND HRG): | 3-3 | 10 | Snow |
| | PRELIM/ARRAIGN: | 3-10 | 11 | Snow |
| | REMOVAL HRG: | | | |
| | STATUS CONF: | | | |

Date: 2-29-00   Time 11:00   FTL/LSS TAPE #00- 010   Begin: 2841   End: 3066

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4041-SNOW

UNITED STATES OF AMERICA

    Plaintiff,

v.

CARLOS MONTOYA
    Defendant.
_____/

ORDER ON INITIAL APPEARANCE
Language   English
Tape No.   00- 010
AUSA     David Cora
Agent     Secret Service


FILED by D.C. FEB 29 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

    The above-named defendant having been arrested on 2/28/00, having appeared before the court for initial appearance on 2/29/00 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
    **ORDERED** as follows:
1. _____ appeared as permanent/temporary counsel of record.
    Address:_____
    Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
    Address: _____
    Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at __11 Am__
on _____ March 1.
4. Arraignment/Preliminary/Removal/Identity hearing is set for __3/10__ at __11__ before Judge __Snow__.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
_____
A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for __3/3__ at __10__ before Judge __Snow__
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _____
    This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:_____times a week /month by phone, _____time a week/month
    in person; other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances
    prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

___j. Comply with the following additional special conditions of this bond:_____
_____

This bond was set: At Arrest ___✓___
On Warrant _____
After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Ft. Lauderdale, Florida this 29th day of February, 2000.

_____
**CHIEF U. S. MAGISTRATE JUDGE**
**LURANA S. SNOW**

cc: Assistant U.S. Attorney
    Defendant
    Counsel
    Copy for Judge
    Pretrial Services/Probation

# United States District Court

Southern **DISTRICT OF** Florida

UNITED STATES OF AMERICA

V.

CARLOS ANDRES MONTOYA
338 SW 120 Ave.
Pembroke Pines, FL 33025-5931

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-4040-SNOW

*FILED by D.C. FEB 29 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 28, 2000__ in __Broward__ county, in the __Southern__ District of __Florida__ defendant(s) did, (Track Statutory Language of Offense)

Possess with the intent to defraud counterfiet U.S. Currency, in violation of Title 18, United States Code, Section 472.

in violation of Title __18__ United States Code, Section(s) __472__.

I further state that I am a(n) __S/A Secret Service__ and that this complaint is based on the following
                                    Official Title

facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:  ☐ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

2-29-00                                    at        Ft. Lauderdale, FL
Date                                                    City and State

LURANA S. SNOW
CHIEF, U.S. MAGISTRATE JUDGE              _Lurana S. Snow_
Name & Title of Judicial Officer                    Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT REGARDING CARLOS MONTOYA**

I, Timothy R. Devine, being duly sworn and depose say forthwith;

1. I am a Special Agent of United States Secret Service and have been so employed since April 1999. I am currently assigned to the counterfeit division of the Miami Field Office. My duties, amongst other things, include the investigation of counterfeit United States currency.

2. I further state this affidavit is for the sole purpose of establishing probable cause for the arrest of Carlos Montoya. All of the facts of the investigation are not included. The information provided in this affidavit is known to me personally, or relayed to me by another law enforcement officer.

3. On 02/22/00, the United States Secret Service was contacted by the Hialeah Police Department and notified of the detainment of Juan Orozco at the Federal Discount Store. Hialeah Police stated they detained Orozco for passing a suspicious $100 Federal Reserve Note.

4. Agents responded to the Federal Discount Store, examined the suspicious $100 Federal Reserve Note, and classified it as counterfeit. Orozco gave Agents verbal and written consent to search his vehicle. A search of the vehicle revealed (22) twenty-two counterfeit $100 Federal Reserve Notes. Orozco was advised of his Miranda Rights and agreed to interviewed. Orozco stated Carlos Montoya fronted him (28) twenty-eight counterfeit $100 Federal Reserve Notes. Orozco further stated he owed Montoya $1200 for the counterfeit and was scheduled to pay him on Friday (02/24/00).

5. On 02/23/00, Orozco contacted Montoya via a consensual

monitored and recorded telephone call in reference to the $1200 owed for the $2800 in counterfeit. Montoya stated Orozco could pay him the next time they met. Orozco inquired to Montoya about getting additional counterfeit and Montoya acknowledged that it would not be a problem. Orozco identified the receiver of the call as Montoya. All of the conversation with Montoya was in Spanish.

6. On 02/27/00, Orozco contacted Montoya via a consensual monitored and recorded telephone call. Orozco stated to Montoya he would pay him for the counterfeit at the Pines Ale House, in Pembroke Pines. Orozco inquired about getting additional counterfeit and Montoya stated he would have to "see".

7. On 02/27/00, at 10:00 p.m., Agents conducted surveillance of the Pine Ale House. Agents observed Montoya park a black Honda in the vicinity of the Pines Ale House. Montoya exited the vehicle wearing a fanny pack and entered the Pines Ale House. Montoya met with Orozco and an undercover Agent. As Orozco and Montoya exited the Pines Ale House, Montoya asked the undercover Agent to watch his fanny pack and money. Montoya and Orozco met in the parking area so Orozco could pay Montoya for the counterfeit. Agents approached and arrested Montoya.

8. A search of the Montoya'a fanny pack revealed (25)twenty-five counterfeit $100 Federal Reserve Notes. A search of Montoya's wallet revealed an additional (7) seven counterfeit $100 Federal Reserve Notes.

9. Montoya was advised of his Miranda rights and agreed to be interviewed. Montoya gave Agents verbal and written admissions to

selling and passing counterfeit. Montoya stated he had additional counterfeit at his residence, located at 338 sw 120th Ave., Pembroke Pines, and gave Agents consent to search. A search of the residence revealed (197) one-hundred, ninety seven counterfeit $100 Federal Reserve Notes.

                              Further your affiant sayeth naught,

                              Timothy R. Devine
                              Special Agent
                              United States Secret Service

Sworn to before me this 29
day of February, 2000, at Ft.
Lauderdale, Florida.

LURANA S. SNOW
Chief United States Magistrate Judge

-3-