## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: CARLOS MONTOYA (J)     CASE NO: 00-6056-CR-DIMITROULEAS
AUSA: DAVID CORA /Bowell     ATTY: FPD _Bit Hunt_
AGENT:     VIOL: _for Mangon_
PROCEEDING ARRAIGNMENT     RECOMMENDED BOND
BOND HEARING HELD - yes/no     COUNSEL APPOINTED

    BOND SET @

    SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to:

*Reading of Indictment Waived*
*Not Guilty plea entered*
*Jury trial demanded*
*Standing Discovery Order requested*

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

         PTD/BOND HRG:

         PRELIM/ARRAIGN:

         REMOVAL HRG:

         STATUS CONF: 3-24    11    LSS

Date: 3-10-00    Time 9:00    FTL/LSS TAPE #00- 016   Begin: 2415   End: 2452

Filed MAR 10 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.

