

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6056-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

CARLOS ANDRES MONTOYA

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 10, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: __CUSTODY_____

                            _____

                     Telephone:_____

DEFENSE COUNSEL:     Name: ___FEDERAL PUBLIC DEFENDER___

                     Address:_____

                            _____

                     Telephone:_____

BOND SET/CONTINUED:  $_____

Bond hearing held: yes____  no____  Bond hearing set for_____

Dated this __10TH__ day of __MARCH_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By:_____
   Deputy Clerk

Tape No. 00- _O/5_

cc: Copy for Judge
    U. S. Attorney

