HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

FILED by ___ D.C.
DKTG
MAR 24 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DEFT __CARLOS MONTOYA_____ CASE NO: __00-6056-CR-DIMITROULEAS__

AUSA __DAVID CORA__ *Terry Thompson* ATTY __SAM SMARGON, AFPD__ *by Bob Berube*

*no pending motions — Trial date: April 10, 2000*
*Gov't ready to go to trial*
*Cal. call April 7, 2000   April 3 - for motions on new discovery*
*before Judge Dimitrouleas  Tape # 00-017 end 1488 / beg 1352*

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DATE __3/24/00_____ TIME __11:00_____

