UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6056-CR-DIMITROULEAS

UNITED STATES OF AMERICA,    :

      Plaintiff,          :

vs.          :

CARLOS MONTOYA,    :

      Defendant.       :
_____/

## MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Office of the Federal Public Defender respectfully moves that its appointment as counsel

for the Defendant, Carlos Montoya, be terminated as he has retained Louis Casuso, Esquire, 111 N.E.

1st Street, Suite 909, Miami, Florida 33132 to represent him in this cause.  A copy of Mr. Casuso's

Notice of Appearance is attached hereto.

      Respectfully submitted,

      KATHLEEN M. WILLIAMS
      FEDERAL PUBLIC DEFENDER

      By:_____
      Samuel J. Smargon
      Assistant Federal Public Defender
      Florida Bar No. 150230
      101 N.E. 3rd Avenue
      Suite 202
      Fort Lauderdale, Florida 33301
      (954) 356-7436
      (954) 356-7556 (fax)



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was mailed

this _27_ day of March, 2000 to David Cora, Esquire, United States Attorney's Office, 299 E.

Broward Blvd., Fort Lauderdale, Florida 33301 and to Louis Casuso, Esquire, 111 N.E. 1st Street,

Suite 909, Miami, Florida 33132.

Samuel J. Smargon

S:\SMARGON\Montoya\WITHDRAW.MOT

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA       CASE NO. 00-6056-CR-DIMITROULEAS

    Plaintiff,

vs.                            NOTICE OF APPEARANCE

CARLOS ANDRES MONTOYA,

    Defendant.
_____/

    COME NOW the Law Offices of LOUIS CASUSO and enter his appearances on behalf of the Defendant in the above entitled cause. Undersigned counsel requests that the Clerk of the Court notify them of all hearings set by the Court.

                    Respectfully submitted,

                    Law Office of
                    LOUIS CASUSO
                    111 N.E. 1ST STREET
                    SUITE 909
                    Miami, Florida 33132
                    (305) 374-1500

                    BY:_____
                    LOUIS CASUSO, ESQ.

            CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/hand delivered this 23 day of March, 2000 to the United States Attorney's Office.

                    LOUIS CASUSO, ESQ.