UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6056-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS ANDRES MONTOYA,     STIPULATION FOR SUBSTITUTION
                                        OF COUNSEL

    Defendant.
_____/

    COMES NOW, the undersigned attorney and hereby stipulates and agrees that the Law Office of LOUIS CASUSO, shall be substituted as counsel of record for the Office of the Federal Public Defender in the above captioned cause, and would show that this stipulation is done with the consent of the Defendant.

_____
LOUIS CASUSO, ESQ.
111 N.E. 1ST STREET
SUITE 909
MIAMI, FLORIDA 33132
(305) 374-1500

_____
SAMUEL SMARGON
FEDERAL PUBLIC DEFENDER'S OFFICE
101 N.E. 3RD AVE.
SUITE # 1500
FT. LAUDERDALE, FLORIDA 33301
(954) 356-7556

