UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. 00-6056-CR-DIMITROULEAS

    Plaintiff,

vs.                               NOTICE OF APPEARANCE

CARLOS ANDRES MONTOYA,

    Defendant.
_____/

    COME NOW the Law Offices of LOUIS CASUSO and enter his appearances on behalf of the Defendant in the above-entitled cause. Undersigned counsel requests that the Clerk of the Court notify them of all hearings set by the Court.

                        Respectfully submitted,

                        Law Office of
                        LOUIS CASUSO
                        111 N.E. 1ST STREET
                        SUITE 909
                        Miami, Florida 33132
                        (305) 374-7500

                        BY: _____
                            LOUIS CASUSO, ESQ.

                    CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/hand delivered this 23 day of March, 2000 to the United States Attorney's Office.

                        _____
                        LOUIS CASUSO, ESQ.