UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6056-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                      ORDER

CARLOS ANDRES MONTOYA,

    Defendant.

_____/

FILED by _____ D.C.
MAR 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS CAUSE having come on to be heard before the Court upon the Stipulation for Substitution of Counsel, and the Court having considered said Stipulation and having otherwise been fully advised of the premises,

IT IS ORDERED AND ADJUDGED that the Law Office of LOUIS CASUSO is hereby substituted as counsel of record for the Defendant CARLOS ANDRES MONTOYA and the Office of the Federal Public Defender is discharged from any further responsibility with respect to this cause.

DONE AND ORDERED in Chambers, on this 27 day of March, 2000.

WILLIAM P. DIMITROULEAS
U.S. DISTRICT COURT JUDGE

cc: Louis Casuso
    David Cora, AUSA
    Sam Smargon, AFPD

