UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISIN

CASE NO. 00-6056-CR-DIMITROULEAS

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

CARLOS MONTOYA, :

    Defendant. :
_____/

FILED by ___ D.C.
MAR 2 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING MOTION FOR TERMINATION
## OF APPOINTMENT OF COUNSEL

It appearing that Defendant, Carlos Montoya, has retained Louis Casuso, Esquire, 111 N.E. 1st Street, Suite 909, Miami, Florida 33132 to represent him in this cause, it is

**ORDERED** that the Federal Public Defender's Motion for Termination of Appointment of Counsel is hereby **GRANTED** and the Federal Public Defender is relieved of any further responsibility in this cause.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 28 day of March, 2000.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:   Samuel J. Smargon, AFPD
      Louis Casuso, Esquire
      David Cora, AUSA

