UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6056-CR-DIMITROULEAS

UNITED STATES OF AMERICA,          :

       Plaintiff,                 :

v.                                 :

CARLOS MONTOYA,                    :

       Defendant.                 :
_____



## STATUS REPORT

     A status conference was held in this cause on March 24, 2000. At that conference, the parties informed the Court as follows:

     1.  Discovery has been provided, a but some additional material was turned over at the status conference.

     2.  Counsel for the defendant shall have until April 3, 2000, within which to file motions pertaining to the supplemental discovery.

     3.  This case likely will be resolved by way of a plea.

     DATED at Fort Lauderdale, Florida, this ____ day of March, 2000.

                                    _____
                                    LURANA S. SNOW
                                    CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA David Cora (FTL)
AFPD Samuel Smargon (FTL)

