# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
APR 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6056-CR-WPD     DATE: April 7, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: Spanish

UNITED STATES OF AMERICA    VS.    Carlos Montoya

U.S. ATTORNEY: David Cora     DEFT. COUNSEL: Louis Casuso

REASON FOR HEARING: Change of plea.

RESULT OF HEARING: Deft sworn and questioned by Court. Deft to enter guilty plea. Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 6/16/00     TIME: 11:30     FOR: Sentencing

MISC: Written plea agreement filed.

