UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

  Plaintiff,

v.                                   CASE NO. 2000-6056-CR-DIMITROULEAS

CARLOS ANDRES MONTOYA,

  Defendant.
_____/

### OBJECTIONS TO THE PSI

COMES NOW, CARLOS ANDRES MONTOYA, by and through his undersigned counsel and files with this Honorable Court his objections to the Pre Sentence Report.

The Defendant would object to the following:

1) On page seven (7) paragraph eighteen (18) the Defendant would object to an increase of two (2) points as a result of any part of this offense being committed outside the United States.

The Defendant likewise objects to page five (5) paragraph ten (10) the last sentence of which states: <u>The Defendant Montoya advised the agents that his brother Hector brought the counterfeit currency from Colombia.</u>

The reason we object is that we believe that this is the basis for the increment of two (2) points on page seven (7) paragraph fifteen (15).

Undersigned counsel is in receipt of the discovery in this case and was present during the proffer made by the U.S. Attorney at the time the plea was taken in this case.

Nowhere in the proffer that the U.S. Attorney made to the court and to which the Defendant agreed to was there any mention of



any counterfeit currency in this case being brought over by the Defendant's brother from Colombia.

Moreover nowhere in the discovery, including the Defendant's statement which was made in writing and in the Defendant's hand writing is there any mention that the Defendant's brother gave the counterfeit currency to the Defendant after having brought the same from Colombia.

The reason undersigned counsel is objecting to the two (2) extra points is that they place the Defendant into an entirely different category.

It places the Defendant from Zone C in the guidelines with a total offense level of eleven (11) under which the Defendant would be facing eight (8) to fourteen (14) months with the court having the discretion to sentence the Defendant to half the incarceration.

Under a total offense level of thirteen (13) the Defendant places in Zone D in which the court must impose the complete jail term.

Undersigned counsel would point out to the court that this Defendant is a young man approximately twenty two (22) years old who has learned his lesson and who is probably better off attending school such as he was doing rather than being incarcerated.

While counsel is mindful that the court must follow the sentencing guidelines wherever they may fall, Counsel's simple argument is that the discovery in the case as well as the proffer made to the court at the time of the plea do not contain any allegations of any part of this crime being committed outside the United States.

Therefore the two (2) point increase should be denied. Undersigned would argue to this court that if the court finds and agrees with the Defendant that the total offense level should be eleven (11) and not thirteen (13) we would ask that the court enter an order incarcerating the Defendant for four (4) months under Zone C of the sentencing guidelines so that the Defendant who is a young man may continue his studies and become a productive member of society such as he was before he got himself involved in this criminal activity.

Respectfully submitted,

_____
LOUIS CASUSO, ESQ.
111 NE 1st Street
Suite 603
Miami, Florida 33132
Tel.(305) 374-1500
Fax.(305) 374-0127

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was mailed to the U.S. Attorney's Office at 99 NE 1st Street, Miami, Florida 33132 on this ___ day of May, 2000.

Respectfully submitted,

_____
LOUIS CASUSO, ESQ.