## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6056-CR-WPD    DATE: June 23, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Wiley Webb    INTERPRETER: Spanish

UNITED STATES OF AMERICA    VS.    Carlos Montoya

U.S. ATTORNEY: Ed Ryan    DEFT. COUNSEL: Louis Casuso

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed; 8 months BOP, 2 years Supervised Release, No Fine, $100.00 Assessment.

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft - Informed of Right to Appeal.

