DEFENDANT: CARLOS ANDRES MONTOYA
CASE NUMBER: 0:00CR06056-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __8__ month(s) _____.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ a.m./p.m. on _____ _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on __7-18-00__ to __BOP FCI Miami__ at __Miami FL__, with a certified copy of this judgment.

Ed Gonzalez
UNITED STATES MARSHAL

By Tina Nolan, LtE
Deputy U.S. Marshal

FILED BY _____
00 AUG -1 PM 2:03
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FTL